*Jeffrey J. Dontigney*, pro se, in support of the petition.

Decided December 13, 1999

PHILIP S. CARDANY *v.* STATE OF CONNECTICUT

The plaintiff's petition for certification for appeal from the Appellate Court (AC 19499) is denied.

*Frank P. Cannatelli*, in support of the petition.

Decided December 13, 1999